ORIGINAL

IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

FEB 17 2000

NANCY DOHERTY, CLERK
By _____
        Deputy

| | | |
|---|---|---|
| GRANVER TOLLIVER, | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 398CV1925-M |
| | § | |
| CITY OF MESQUITE, | § | |
| Defendant. | § | |

ENTERED ON DOCKET

FEB 18 2000

U S DISTRICT CLERK'S OFFICE

## ORDER TO DISMISS

This Court has reviewed the Agreed Motion to Dismiss the City of Mesquite with prejudice, and pursuant to said Motion finds that all claims against the City of Mesquite should be dismissed.

IT IS THEREFORE ORDERED that all claims against the City of Mesquite are hereby dismissed with prejudice to refiling of same.

IT IS FURTHER ORDERED that all costs are paid pursuant to agreement of the parties.

SIGNED on this 17 day of February, 2000.

_____
U.S. DISTRICT JUDGE PRESIDING

Order to Dismiss - Page Solo                                    F:\1251.94\Pleadings\orddismiss.wpd

16